IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LAURA WHITAKER | * |
| | * **NOTICE OF REMOVAL FROM** |
| Plaintiff, | * **THE CIRCUIT COURT FOR** |
| | * **WORCESTER COUNTY, MD** |
| vs. | * **CASE NO. C-23-CV-22-000168** |
| | * |
| WALMART INC., *et al.* | * CIVIL ACTION NO. _____ |
| | * |
| Defendants. | * |

## PETITION FOR REMOVAL

Pursuant to 28 U.S.C., Section 1441(a), the Defendants, Walmart Inc. and Wal-Mart Stores East, LP, respectively notices the removal of the above-captioned matter to this Honorable Court from the Circuit Court for Worcester County, Maryland, and as grounds therefor states as follows:

1. On or about July 20, 2022, the Defendants, Walmart Inc. and Wal-Mart Stores East, LP, were served with a Summons and Complaint in an action commenced by the Plaintiff, Laura Whitaker, in the Circuit Court for Worcester County, Maryland as Docket No. C-23-CV-22-000168. True and correct copies of the Summonses and Complaint are attached hereto.

2. On or about August 4, 2022, Plaintiff Laura Whitaker filed a partial voluntary dismissal dismissing Defendant Worcester Retail, LLC, thereby establishing federal diversity jurisdiction for the first time, attached hereto.

3. This Notice of Removal is filed within thirty (30) days of receipt of service by Defendants and, therefore, is timely filed pursuant to 28 U.S.C., Section 1446(b).

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691
_____

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

4. Pursuant to the Federal Rules of Civil Procedure, the Petitioners filed a written Answer to Plaintiff's Complaint on August 9, 2022. Copies of Defendants' Answer and Notice of Removal are attached hereto.

5. In her Complaint, Plaintiff seeks judgment against these Defendants in an amount in excess of Seventy Five Thousand Dollars ($75,000) in compensatory damages, plus interest and costs.

6. At the time of commencement of this action, Plaintiff was and is now a resident of the State of Maryland.

7. At the time of commencement of this action, and at all other times relevant to the subject proceeding, Defendants' principal place of business is Bentonville, Arkansas, and is incorporated in the State of Delaware.

8. As this is a civil action wherein the amount in controversy exceeds $75,000, exclusive of interest and costs, this Honorable Court has diversity of jurisdiction over this matter pursuant to 28 U.S.C., Section 1332.

9. The Petitioners present and file herewith Four Hundred Two Dollars ($402) for the filing fee, as required by law.

WHEREFORE, the Defendants, Walmart Inc. and Wal-Mart Stores East, LP, respectfully request to remove this action from the Circuit Court for Worcester County, Maryland to the United States District Court for the District of Maryland.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP


*/s/Christopher R. Dunn*
Christopher R. Dunn, #05278
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
(301) 352-4950
Fax - (301)352-8691
Cdunn@decarodoran.com
Counsel for Defendants


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of August, 2022, a copy of the foregoing Petition for Removal was electronically filed and forwarded to:

Bruce F. Bright
Ayres, Jenkins, Gordy & Almand, P.A.
6200 Coastal Highway, Suite 200
Ocean City, Maryland 21842
Bbright@ajgalaw.com
Counsel for Plaintiff


*/s/Christopher R. Dunn*
Christopher R. Dunn, #05278
Counsel for Defendants

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691
_____

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548